COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, *v.* FREDERICK LALJER, Appellant.

*Bastardy — order of filiation affirmed.*

*Comr. of Public Welfare* v. *Laljer*, 214 App. Div. 733, affirmed.

(Argued October 14, 1925; decided October 30, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 22, 1925, which affirmed an order of the Court of Special Sessions of the city of New York adjudging the defendant to be the father of a bastard child and directing him to give security for the payment to the plaintiff of a sum for its support.

*Maurice J. O'Callaghan* and *Elias H. Avram* for appellant.

*George P. Nicholson, Corporation Counsel* (*John F. O'Brien, Henry J. Shields* and *William J. Leonard* of counsel), for respondent.

Order affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.